UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDOR BERCZI,

           Plaintiff,

vs.                              Case No.   2:05-cv-245-FtM-33DNF

GRENACS KATALIN BERCZINE,

           Defendant.
_____

### ORDER

This matter comes before the Court on Plaintiff's First Motion for Preliminary Injunction and Motion for Hearing (Doc. #7) filed on June 3, 2005.  Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a magistrate judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of such motion.  For purposes of judicial economy and in order to expedite the disposition of the Plaintiff's motion, the Court shall so refer the motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

The pending First Motion for Preliminary Injunction and Motion for Hearing (Doc. #7) is hereby **referred** to Douglas N. Frazier, United States Magistrate Judge, for the issuance of a Report and Recommendation, including any hearings, motions, deadlines related

thereto.

   **DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 6th day of June, 2005.

   _____
   VIRGINIA M. HERNANDEZ COVINGTON
   UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record