UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDOR BERCZI,

          Plaintiff,

vs.                        Case No.   2:05-cv-245-FtM-33DNF

GRENACS KATALIN BERCZINE,

          Defendant.
_____

ORDER

    This matter comes before the Court on Stipulation for Dismissal Without Prejudice (Doc. #15) filed on July 5, 2005. The parties stipulate that the matter has been settled and request that the matter be dismissed without prejudice with each side to bear its own attorney's fees and costs.

    Accordingly, it is hereby

    **ORDERED, ADJUDGED,** and **DECREED:** that this case is **DISMISSED** without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

    **DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 6th day of July, 2005.

                                             VIRGINIA M. HERNANDEZ COVINGTON
                                            UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record